**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Michael** <br> First Name <br><br> **John** <br> Middle Name <br><br> **Brandt-Lyons** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Sherry** <br> First Name <br><br> **Lee** <br> Middle Name <br><br> **Brandt-Lyons** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __8__ __9__ __0__ __1__ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – __1__ __9__ __7__ __2__ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ |

Debtor 1 **Michael John Brandt-Lyons**

Debtor 2 **Sherry Lee Brandt-Lyons**        Case number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and doing business as names | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>**7  5** – **2  8  1  7  0  6  5**<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN |

**5. Where you live**

| About Debtor 1 | If Debtor 2 lives at a different address: |
|---|---|
| **8101 Joy Lane**<br>Number   Street<br><br>_____<br><br>**Canyon**      **TX**   **79015**<br>City          State   ZIP Code<br>**Randall**<br>County | _____<br>Number   Street<br><br>_____<br><br>_____<br>City          State   ZIP Code<br><br>_____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. |
| _____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City          State   ZIP Code | _____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City          State   ZIP Code |

**6. Why you are choosing this district to file for bankruptcy**

| Check one: | Check one: |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**           Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.**    **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____ When _____ Case number _____
                                            MM / DD / YYYY

District _____ When _____ Case number _____
                                            MM / DD / YYYY

District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10.**    **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                            MM / DD / YYYY   if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                            MM / DD / YYYY   if known

**11.**    **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Michael John Brandt-Lyons**

Debtor 2 **Sherry Lee Brandt-Lyons**                    Case number (if known) _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number     Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                          State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No

☐ Yes. What is the hazard?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

Where is the property? _____
                       Number     Street

_____

_____
City                          State     ZIP Code

Debtor 1  **Michael John Brandt-Lyons**

Debtor 2  **Sherry Lee Brandt-Lyons**  Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Michael John Brandt-Lyons**

Debtor 2   **Sherry Lee Brandt-Lyons**             Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Michael John Brandt-Lyons** _____
Michael John Brandt-Lyons, Debtor 1

Executed on **03/20/2019** _____
MM / DD / YYYY

X **/s/ Sherry Lee Brandt-Lyons** _____
Sherry Lee Brandt-Lyons, Debtor 2

Executed on **03/20/2019** _____
MM / DD / YYYY

Debtor 1  **Michael John Brandt-Lyons**

Debtor 2  **Sherry Lee Brandt-Lyons**                                Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Troy Blackwell** _____  Date **03/20/2019** _____
   Signature of Attorney for Debtor                        MM / DD / YYYY

**Troy Blackwell** _____
Printed name

**Blackwell Law Firm LLP** _____
Firm Name

**703 S Van Buren** _____
Number          Street

_____

_____

**Amarillo** _____  **TX**  **79101** _____
City                                   State   ZIP Code

Contact phone  **(806) 331-3130** _____  Email address _____

**00793348** _____  **TX** _____
Bar number                           State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **John** | **Brandt-Lyons** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Lee** | **Brandt-Lyons** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.
**8101 Joy Ln, Canyon TX 79015**
**Lot 1 Block 3, Lake Ridge #3**
**Canyon, TX**

**Randall**
County

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $304,932.00 | $304,932.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ **Check if this is community property**
(see instructions)

Debtor 1   **Michael John Brandt-Lyons**
Debtor 2   **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

---

1.2.

**900 & 904 S. Adams, Amarillo, TX**
**Lots 1, 2, 3  Block 129**
**Plemons Addition, City of Amarillo**

**Potter**
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

_____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $190,000.00 | $190,000.00 |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
   (see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1. Write that number here.......................................➜ | **$494,932.00** |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.
Make:   **Dodge**
Model:  **Ram 1/2 Ton Hemi**
Year:   **2016**
Approximate mileage: _____
Other information:
**2016 Dodge Ram 1/2 Ton Hemi**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $24,000.00 | $24,000.00 |

3.2.
Make:   **Buick**
Model:  **Enclave**
Year:   **2013**
Approximate mileage: **95,000**
Other information:
**2013 Buick Enclave (approx. 95000
miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,000.00 | $25,000.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

Debtor 1   **Michael John Brandt-Lyons**

Debtor 2   **Sherry Lee Brandt-Lyons**          Case number (if known) _____

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................. ➔   | **$49,000.00** |

| **Part 3:** | **Describe Your Personal and Household Items** |

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe..... **Microwave, Washer/Dryer, Living Room Furniture, Bedroom Furniture, Refrigerator/Freezer, Small Appliances, Glassware, Decorator Items, Dining Room Furniture, Lawn Furniture, Cookware, Utensils**          $8,320.00

7.   **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe..... **Televisions, Music CD/Movies/Games, Laptops, DVD/Digital Players, Printer/Scanner, Cellphones, Digital Camera**          $1,475.00

8.   **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☑ Yes. Describe..... **Proof Coins**          $50.00

9.   **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☑ Yes. Describe..... **Household Tools, Shop/Carpentry, Bicycles/Scooters, Lawn/Garden Tools, Piano, Mowers/Trimmer/Blower Fishing/Camping, Outdoors, Golf Equipment, Gun Safe, Ammunition**          $3,375.00

10.   **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☑ Yes. Describe..... **See continuation page(s).**          $675.00

11.   **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe..... **Wearing Apparel**          $1,000.00

12.   **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe..... **Precious and Semi Precious Jewelry**          $10,500.00

13.   **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes. Describe..... **Dogs (2) Cat (1) , Pet Supplies**          $250.00

| Debtor 1 | **Michael John Brandt-Lyons** | |
|---|---|---|
| Debtor 2 | **Sherry Lee Brandt-Lyons** | Case number (if known) _____ |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.......................................................................... ➜    | **$25,645.00** |

---

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes...................................................................................... Cash: ...........................    **$28.00**

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Bank of America Checking Account #5658** | **$57.30** |
| 17.2. | Checking account: | **Herring Nat'l Bank Checking Account #0715** | **$0.00** |
| 17.3. | Savings account: | **Herring Nat'l Bank Savings Account #0291** | **$40.00** |
| 17.4. | Savings account: | **Education Credit Union Savings Account # *Subject to Set-Off Rights*** | **$1,000.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them..........................    Name of entity:                                    % of ownership:

**Brandt-Lyons Air Conditioning**
**Type: Contractor  -- Texas S Corp**

**Assets:**
**Equipment (Est. Total $15,805)**
**Inventory  (Est. Total $26,000)**
**Receivables (Est. Total $0.00)**
**Est. Assets: $42,000**
**Est Liablities: Excess of $100,000**

| | | |
|---|---|---|
| **\*\*Liabilities are greater than assets.** | **100%** | **$1.00** |

---

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**                                     Case number (if known) _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific
       information about
       them.......................... Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
              profit-sharing plans

    ☑ No
    ☐ Yes.  List each
       account separately.  Type of account:     Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes............................          Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
    powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific
       information about them                                                            _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific
       information about them                                                            _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ☑ Yes.  Give specific      **Air Conditioning and Mechanical Licensing**             _____ **$1.00**
       information about them

**Money or property owed to you?**                                          **Current value of the
                                                                            portion you own?**
                                                                            Do not deduct secured
                                                                            claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes.  Give specific information           Federal: _____
       about them, including whether
       you already filed the returns           State:    _____
       and the tax years.....................
                                               Local:    _____

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**                        Case number (if known) _____

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information                                    Alimony:        _____

                                                                   Maintenance:    _____

                                                                   Support:        _____

                                                                   Divorce settlement:  _____

                                                                   Property settlement: _____

**30.** **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes.  Give specific information   **Shareholder Loan Owed by Brandt-Lyons Air Conditioning**         **$139,000.00**

**31.** **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes.  Name the insurance
company of each policy
and list its value................    Company name:              Beneficiary:               Surrender or refund value:

                                **Insurance Policy with U.C.T**
                                **Insured: Michael Brandt-Lyons**
                                **Face Value: $50,000**
                                **Cash/Loan/Surrender Value: $0.00**   **Sherry Brandt-Lyons**                        **$0.00**

                                **Insurance Policy with UCT**
                                **Insured: Sherry Brandt-Lyons**
                                **Face Value: $50,000**
                                **Cash/Loan/Surrender Value: $0.00**   **Michael Brandt-Lyons**                       **$0.00**

**32.** **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No

☐ Yes.  Give specific information                                                   _____

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes.  Describe each claim........                                                 _____

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No

☐ Yes.  Describe each claim........                                                 _____

**35.** **Any financial assets you did not already list**

☑ No

☐ Yes.  Give specific information                                                   _____

**36.** **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here........................................................................** ➔   **$140,127.30**

Debtor 1    **Michael John Brandt-Lyons**
Debtor 2    **Sherry Lee Brandt-Lyons**                                  Case number (if known) _____

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                  _____

39. **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                  _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe..  **Tool Box, Ladders (3), Vacuum Pump, Gauges, Multi-Metersm Sheet Metal, Tools, Hand Tools**                          $700.00

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                  _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....    Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.  Describe.....                                       _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5.  Write that number here.......................................................................➜ | $700.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes....                                                           _____

48. **Crops--either growing or harvested**
    ☑ No
    ☐ Yes.  Give specific
       information................                                      _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes....                                                           _____

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes....                                                           _____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes.  Give specific
       information................                                      _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**................................................................→   **$0.00**

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................................→   **$0.00**

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55. Part 1: Total real estate, line 2**...................................................................................➜    $494,932.00

**56. Part 2: Total vehicles, line 5**                                    $49,000.00

**57. Part 3: Total personal and household items, line 15**                  $25,645.00

**58. Part 4: Total financial assets, line 36**                          $140,127.30

**59. Part 5: Total business-related property, line 45**                  $700.00

**60. Part 6: Total farm- and fishing-related property, line 52**          $0.00

**61. Part 7: Total other property not listed, line 54**          +          $0.00

**62. Total personal property.**    Add lines 56 through 61..................    $215,472.30    Copy personal property total ➜ +    $215,472.30

**63. Total of all property on Schedule A/B.**    Add line 55 + line 62...........................................................    $710,404.30

Debtor 1   **Michael John Brandt-Lyons**
Debtor 2   **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

10.  **Firearms (details):**

   **Remington 12g Pump Shotgun**                                                          **$100.00**

   **Remington 270 Rifle**                                                                         **$175.00**

   **Smith & Wesson 40 cal Pistol**                                                           **$400.00**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Michael** First Name | **John** Middle Name | **Brandt-Lyons** Last Name |
| Debtor 2 (Spouse, if filing) First Name | **Sherry** | **Lee** Middle Name | **Brandt-Lyons** Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**8101 Joy Ln, Canyon TX 79015**<br>**Lot 1 Block 3, Lake Ridge #3**<br>**Canyon, TX**<br>Line from *Schedule A/B*:    **1.1** | $304,932.00 | ☑ $176,850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2016 Dodge Ram 1/2 Ton Hemi**<br><br>Line from *Schedule A/B*:    **3.1** | $24,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**

    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No
    ☐ Yes

Debtor 1   **Michael John Brandt-Lyons**
Debtor 2   **Sherry Lee Brandt-Lyons**              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2013 Buick Enclave (approx. 95000 miles)**<br><br>Line from *Schedule A/B*: __3.2__ | **$25,000.00** | ☑ **$22,300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Microwave, Washer/Dryer, Living Room Furniture, Bedroom Furniture, Refrigerator/Freezer, Small Appliances, Glassware, Decorator Items, Dining Room Furniture, Lawn Furniture, Cookware, Utensils**<br>Line from *Schedule A/B*: __6__ | **$8,320.00** | ☑ **$8,320.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Televisions, Music CD/Movies/Games, Laptops, DVD/Digital Players, Printer/Scanner, Cellphones, Digital Camera**<br>Line from *Schedule A/B*: __7__ | **$1,475.00** | ☑ **$1,475.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Proof Coins**<br><br>Line from *Schedule A/B*: __8__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Household Tools, Shop/Carpentry, Bicycles/Scooters, Lawn/Garden Tools, Piano, Mowers/Trimmer/Blower Fishing/Camping, Outdoors, Golf Equipment, Gun Safe, Ammunition**<br>Line from *Schedule A/B*: __9__ | **$3,375.00** | ☑ **$3,375.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Remington 270 Rifle**<br><br>Line from *Schedule A/B*: __10__ | **$175.00** | ☑ **$175.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Smith & Wesson 40 cal Pistol**<br><br>Line from *Schedule A/B*: __10__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Wearing Apparel**<br><br>Line from *Schedule A/B*: __11__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

Debtor 1   **Michael John Brandt-Lyons**
Debtor 2   **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | | *Check only one box for each exemption* | |
| Brief description: **Precious and Semi Precious Jewelry** | **$10,500.00** | ☑ ☐ | **$10,500.00** 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Line from *Schedule A/B*:  __12__ | | | | |
| Brief description: **Dogs (2) Cat (1) , Pet Supplies** | **$250.00** | ☑ ☐ | **$250.00** 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Line from *Schedule A/B*:  __13__ | | | | |
| Brief description: **Insurance Policy with U.C.T Insured: Michael Brandt-Lyons Face Value: $50,000 Cash/Loan/Surrender Value: $0.00** | **$0.00** | ☑ ☐ | **$0.00** 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Line from *Schedule A/B*:  __31__ | | | | |
| Brief description: **Insurance Policy with UCT Insured: Sherry Brandt-Lyons Face Value: $50,000 Cash/Loan/Surrender Value: $0.00** | **$0.00** | ☑ ☐ | **$0.00** 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Line from *Schedule A/B*:  __31__ | | | | |
| Brief description: **Tool Box, Ladders (3), Vacuum Pump, Gauges, Multi-Metersm Sheet Metal, Tools, Hand Tools** | **$700.00** | ☑ ☐ | **$700.00** 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Line from *Schedule A/B*:  __40__ | | | | |

**Fill in this information to identify your case:**

| Debtor 1 | Michael | John | Brandt-Lyons |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Sherry | Lee | Brandt-Lyons |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | $76,428.22 | $190,000.00 | |
|---|---|---|---|---|

**Amarillo National Bank**
Creditor's name
**Special Assets Department**
Number   Street
**PO Box 1**

**Business Properties at 900 & 904 S Adams,**

_____

| Amarillo | TX | 79105 |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Purchase Money**

**Date debt was incurred** _____

**Last 4 digits of account number**   4   7   9   6

Add the dollar value of your entries in Column A on this page. Write that number here:

| $76,428.22 |
|---|

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.2 | | | | |

**Robert Madden Industries**
Creditor's name
**PO Box 644360**
Number    Street

Describe the property that
secures the claim:

**900 & 904 S. Adams, Amarillo, TX**

Column A: **$26,000.00**   Column B: **$190,000.00**

**Lubbock       TX    79464**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Purchase Money**

Last 4 digits of account number ___ ___ ___ ___

| 2.3 | | | | |

**Rushmore Loan Mgmt Services**
Creditor's name
**PO Box 814529**
Number    Street

Describe the property that
secures the claim:

**Home @ 8101 Joy Ln, Canyon, TX 79015**

Column A: **$128,082.00**   Column B: **$304,932.00**

**Dallas         TX    75381**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **2002**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Purchase Money**

Last 4 digits of account number   **3   4   4   5**

Add the dollar value of your entries in Column A on this page. Write
that number here:

**$154,082.00**

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

**Sell, Griffin, McLain PC**
Creditor's name
**4801 Lexington Square**
Number     Street

_____

**Amarillo          TX     79119**
City                State     ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred

Describe the property that
secures the claim:

**900 & 904 S. Adams, Amarillo, TX**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Attorney Fees**

Last 4 digits of account number  ___  ___  ___  ___

Column A: **$400.00**   Column B: **$190,000.00**

---

**2.5**

**TD Auto Finance**
Creditor's name
**PO Box 9223**
Number     Street

_____

**Farmington          MI     48333**
City                State     ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     **2013**

Describe the property that
secures the claim:

**2013 Buick Enclave (approx. 95000 miles)**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Last 4 digits of account number  **3   5   0   0**

Column A: **$2,700.00**   Column B: **$25,000.00**

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$3,100.00**

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.6 | | Describe the property that secures the claim: | $26,690.00 | $24,000.00 | $2,690.00 |

**TD Auto Finance**
Creditor's name
**PO Box 9223**
Number     Street

_____

_____

**Farmington       MI     48333**
City                State    ZIP Code

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**2016 Dodge Ram 1/2 Ton Hemi**

**As of the date you file, the claim is:**  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
      **Purchase Money**

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page.  Write that number here:** | $26,690.00 |

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:** | $260,300.22 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **John** | **Brandt-Lyons** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Lee** | **Brandt-Lyons** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.
☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

2.1

| | |
|---|---|
| Priority Creditor's Name | **Last 4 digits of account number** __ __ __ __ |
| | **When was the debt incurred?** _____ |
| Number        Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| City        State    ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**                          Case number (if known) _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | | | | **$1,773.52** |
|---|---|---|---|---|---|

**Amarillo Bolt**
Nonpriority Creditor's Name
**PO Box 3026**
Number        Street

_____

_____

**Amarillo                    TX      79116**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

| 4.2 | | | | | **$674.00** |
|---|---|---|---|---|---|

**Amarillo Bone & Joint**
Nonpriority Creditor's Name
**1100 S. Coulter**
Number        Street

_____

_____

**Amarillo                    TX      79106-1836**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical Bill**

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons** _____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.3** | | **$8,000.00**

**Amarillo Winair Co**
Nonpriority Creditor's Name
**212 W 3rd St**
Number        Street

_____

**Amarillo**          **TX**    **79101**
City                 State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Trade Debt**

**4.4** | | **$8,669.89**

**American Express**
Nonpriority Creditor's Name
**PO Box 650448**
Number        Street

_____

**Dallas**          **TX**    **75265**
City                 State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3   0   0   1
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Credit Card**

**4.5** | | **$174.88**

**Atmos Energy**
Nonpriority Creditor's Name
**PO Box 790311**
Number        Street

_____

**Saint Louis**          **MO**    **63179-0311**
City                 State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   2   2   5   7
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Trade Debt**

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**                                                   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

|  | **Total claim** |
|---|---|

**4.6**                                                                                                          **$419.38**

**Baptist St. Anthony's**
Nonpriority Creditor's Name
**PO Box 950**
Number        Street

_____

**Amarillo**              **TX**     **79107**
City                      State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**     **1   2   9   6**

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Bill**

**4.7**                                                                                                          **$5,309.40**

**Baptist St. Anthony's**
Nonpriority Creditor's Name
**PO Box 950**
Number        Street

_____

**Amarillo**              **TX**     **79107**
City                      State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**     ___  ___  ___  ___

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Bill**

**4.8**                                                                                                          **$380.00**

**Better Business Bureau**
Nonpriority Creditor's Name
**PO Box 1905**
Number        Street

_____

**Amarillo**              **TX**     **79105**
City                      State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**     ___  ___  ___  ___

**When was the debt incurred?**      **08/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**
_____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.9 | | $7,634.75 |
|---|---|---|

**Capital Bank**
Nonpriority Creditor's Name
**PO Box 60599**
Number        Street

**City of Industry        CA        91716**
City        State        ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   2   1   0   2
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

| 4.10 | | $488.00 |
|---|---|---|

**Choice Directories**
Nonpriority Creditor's Name
**PO Box 773**
Number        Street

**Canyon        TX        79015**
City        State        ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   8   7   0   6
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Trade Debt**

| 4.11 | | $284.04 |
|---|---|---|

**Cintas**
Nonpriority Creditor's Name
**PO Box 650838**
Number        Street

**Dallas        TX        75265**
City        State        ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   6   2   7   7
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Trade Debt**

Debtor 1    **Michael John Brandt-Lyons**
Debtor 2    **Sherry Lee Brandt-Lyons**                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.12** | | $599.38

**City of Amarillo**
Nonpriority Creditor's Name
**P.O. Box 100**
Number        Street
_____

**Amarillo              TX        79105-0100**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2   8   3   9
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**4.13** | | $2,018.00

**CST World Wide**
Nonpriority Creditor's Name
**1400 Dragon St**
Number        Street
_____

**Dallas               TX        75207**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   7   9   9   4
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**4.14** | | $10,038.78

**Custom Wholesale Supply dba**
Nonpriority Creditor's Name
**Johnstone Supply**
Number        Street
**901 S Williams**

**Amarillo              TX        79102**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   1   9   6   0
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1 **Michael John Brandt-Lyons**

Debtor 2 **Sherry Lee Brandt-Lyons**                                                     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.15 | | $7,297.97 |
|---|---|---|

**David G. Halley Co.**
Nonpriority Creditor's Name
**PO Box 947**
Number      Street

**Lubbock          TX    79408**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Trade Debt**

| 4.16 | | $21,733.00 |
|---|---|---|

**Discover**
Nonpriority Creditor's Name
**PO Box 15316**
Number      Street

**Wilmington        DE    19850**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  1  1  1  1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

| 4.17 | | $4,022.60 |
|---|---|---|

**Education Credit Union**
Nonpriority Creditor's Name
**4400 I-40 West**
Number      Street

**Amarillo          TX    79106**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  1  7  7  8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Debtor 1   **Michael John Brandt-Lyons**

Debtor 2   **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.18

**$1,660.32**

**Ferguson**
Nonpriority Creditor's Name

**PO Box 847411**
Number    Street

_____

**Dallas**    **TX**    **75284**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    1   1   7   7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Trade Debt**

### 4.19

**$5,901.86**

**Goodman Distribution Inc.**
Nonpriority Creditor's Name

**PO Box 660503**
Number    Street

_____

**Dallas**    **TX**    **75266**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    1   2   9   0

**When was the debt incurred?**    **08/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Trade Debt**

### 4.20

**$455.00**

**Hearst Medic**
Nonpriority Creditor's Name

**820 Broadway**
Number    Street

_____

**Plainview**    **TX**    **79072**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    2   0   0   1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Trade Debt**

Debtor 1  **Michael John Brandt-Lyons**

Debtor 2  **Sherry Lee Brandt-Lyons**       Case number (if known)

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.21**

**$840.78**

**Hibu Inc.**
Nonpriority Creditor's Name

**PO Box 660052**

Number     Street

**Dallas**      **TX**    **75266**
City       State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Trade Debt**

---

**4.22**

**$115.00**

**High Plains Radiological**
Nonpriority Creditor's Name

**PO Box 3780**

Number     Street

**Amarillo**      **TX**    **79116-3780**
City       State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **6**  **9**  **4**  **2**

When was the debt incurred?  **04/2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Medical Bill**

---

**4.23**

**$2,018.00**

**Hunton Trane**
Nonpriority Creditor's Name

**PO Box 42251**

Number     Street

**Houston**      **TX**    **77042**
City       State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **7**  **9**  **9**  **4**

When was the debt incurred?  **10/2016**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Trade Debt**

---

Debtor 1   **Michael John Brandt-Lyons**

Debtor 2   **Sherry Lee Brandt-Lyons**           Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

                                                     **Total claim**

**4.24**                                                         **$333.96**

**John Deere Financial**
Nonpriority Creditor's Name
**6400 NW 86th St**
Number      Street

**Johnston**        **IA**     **50131**
City                 State    ZIP Code

Last 4 digits of account number    **9**   **0**   **9**   **3**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Trade Debt**

---

                                                       **$6,500.00**

**4.25**

**KFDA**
Nonpriority Creditor's Name
**7900 Broadway Dr.**
Number      Street

**Amarillo**        **TX**     **79108**
City                 State    ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Trade Debt**

---

                                                       **$335.00**

**4.26**

**Liturgical Publications**
Nonpriority Creditor's Name
**PO Box 510817**
Number      Street

**New Berlin**        **WI**     **53151**
City                 State    ZIP Code

Last 4 digits of account number    **0**   **0**   **3**   **5**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Trade Debt**

| | |
|---|---|
| Debtor 1 | **Michael John Brandt-Lyons** |
| Debtor 2 | **Sherry Lee Brandt-Lyons** |

Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.27**

$855.00

**Nortex Construction**
Nonpriority Creditor's Name
**834 SE 34th Ave**
Number          Street
_____
_____
**Amarillo          TX     79103**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**4.28**

$6,703.75

**Northwest Insulation**
Nonpriority Creditor's Name
**529 S. Florida**
Number          Street
_____
_____
**Borger          TX     79007**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __0__ __0__ __0__ __1__
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**4.29**

$3,599.21

**Ryerson**
Nonpriority Creditor's Name
**PO Box 731036**
Number          Street
_____
_____
**Dallas          TX     75373**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** __01/2017__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.30 | | $2,181.54 |

**Sam's Club / Synchrony Bank**
Nonpriority Creditor's Name
**PO Box 965005**
Number        Street

**Orlando            FL     32896**
City            State    ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **1  8  9  4**
When was the debt incurred?        _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Trade Debt**

| 4.31 | | $1,989.39 |

**St. David's Heart & Vascular**
Nonpriority Creditor's Name
**901 W Ben White**
Number        Street

**Austin            TX     78704**
City            State    ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   ___  ___  ___  ___
When was the debt incurred?        _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Medical Bill**

| 4.32 | | $474.37 |

**Suddenlink**
Nonpriority Creditor's Name
**6013 63rd St.**
Number        Street

**Lubbock            TX     79424**
City            State    ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   **9  6  0  4**
When was the debt incurred?        _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Trade Debt**

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.33

**Tascosa Golf Club**
Nonpriority Creditor's Name
**4502 Fairway Dr**
Number        Street

_____

**Amarillo**          **TX**     **79124**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **2  6  7  9**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Trade Debt**

**$4,324.08**

### 4.34

**Tascosa Office Machines**
Nonpriority Creditor's Name
**1005 SW 8th Ave**
Number        Street

_____

**Amarillo**          **TX**     **79101**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Trade Debt**

**$2,500.00**

### 4.35

**Texas Trane**
Nonpriority Creditor's Name
**PO Box 845053**
Number        Street

_____

**Dallas**           **TX**     **75284**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Trade Debt**

**$15,596.08**

Debtor 1 **Michael John Brandt-Lyons**

Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.36**

**$7,258.83**

**Toys "R" Us Credit Card**
Nonpriority Creditor's Name

**PO Box 530938**

Number        Street

_____

**Atlanta            GA      30353**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**4.37**

**$788.00**

**User Friendly Phone Book**
Nonpriority Creditor's Name

**PO Box 131929**

Number        Street

_____

**The Woodlands      TX      77393**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number **6 4 1 7**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Trade Debt**

**4.38**

**$2,848.92**

**Valero**
Nonpriority Creditor's Name

**PO Box 300**

Number        Street

_____

**Amarillo           TX      79105**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number **3 1 9 9**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Trade Debt**

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.39

**Veritech**
Nonpriority Creditor's Name

**5202 CR 7350 Ste B**
Number    Street

_____

**Lubbock**     **TX**    **79424**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$16,914.00**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Trade Debt**

### 4.40

**Xcel Energy**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept / Kimbra Seawright**
Number    Street

**4701 Parkside Dr**

**Amarillo**    **TX**    **79109**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$102.53**

**Last 4 digits of account number** 2 7 7 6

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Trade Debt**

### 4.41

**YP**
Nonpriority Creditor's Name

**PO Box 5010**
Number    Street

_____

**Carol Stream**    **IL**    **60197**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$2,500.00**

**Last 4 digits of account number** 0 8 0 0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Trade Debt**

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Caine & Weiner**
Name
**12005 Ford Rd**
Number        Street

**Dallas**            **TX**    **75234**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Care Payment**
Name
**PO Box**
Number        Street
**2398**

**Omaha**            **NE**    **68103**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**City of Amarillo**
Name
**P.O. Box 100**
Number        Street

**Amarillo**          **TX**    **79105-0100**
City                State    ZIP Code

**Permits**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Notice**
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **1** **4** **5** **6**

---

**CMRE Financial Service**
Name
**3075 E Imperial Hwy Ste 200**
Number        Street

**Brea**             **CA**    **92821**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**CMRE Financial Service**
Name
**3075 E Imperial Hwy Ste 200**
Number        Street

**Brea**             **CA**    **92821**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1  **Michael John Brandt-Lyons**
Debtor 2  **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**D & S Global Solutions**
Name
**13809 Research Blvd Ste 9000**
Number        Street

_____

**Austin**              **TX**    **78750**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.30**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Discover**
Name
**PO Box 3008**
Number        Street

_____

**New Albany**          **OH**    **43054**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**D'Layne Peeples Carter**
Name
**Perdue, Brandon, Fielder,**
Number        Street
**Collins & Mott, L.L.P.**

**PO Box 9132**

**Amarillo**            **TX**    **79105**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Notice Only for Potter**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**County Tax Assessor**

**Last 4 digits of account number**  __ __ __ __

---

**First Collection Services**
Name
**10925 Otter Creek E. Blvd**
Number        Street

_____

**Mabelvale**           **AR**    **72103**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.41**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Firstsource Advantange, LLC**
Name
**205 Bryant Woods South**
Number        Street

_____

**Amherst**             **NY**    **14228**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.4**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Freedman & Price OC**
Name
**105 W 8th Ave**
Number        Street

_____

**Austin**              **TX**    **78701**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.25**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

| Debtor 1 | **Michael John Brandt-Lyons** | |
|---|---|---|
| Debtor 2 | **Sherry Lee Brandt-Lyons** | Case number (if known) _____ |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**IRS-Insolvency and Quality**
Name
**PO Box 7346**
Number        Street


**Philadelphia          PA      19114**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**J L Russell & Associates**
Name
**13700 State Road Ste 4**
Number        Street


**North Royalton          OH      44133**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.26** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Jenkins, Wagnon, & Young PC**
Name
**PO Box 420**
Number        Street


**Lubbock          TX      79401**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.18** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Merchants & Professional Credit Bureau**
Name
**5508 Parkcrest Dr. Ste 210**
Number        Street


**Austin          TX      78731**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.31** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Monarch Recovery Management**
Name
**3260 Tillman Dr Ste 75**
Number        Street


**Bensalem          PA      19020**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.30** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**N.D. White Engineering Services, Inc.**
Name
**302 N Willis #18**
Number        Street


**Abilene          TX      79603**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

Debtor 1  **Michael John Brandt-Lyons**
Debtor 2  **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Nationwide Credit, Inc**
Name
**PO Box 14581**
Number        Street

_____

**Des Moines**        **IA**    **50306**
City                         State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.4__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __


**RAB, Inc**
Name
**6504 International Pkwy**
Number        Street

_____

**Plano**        **TX**    **75093**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.28__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __


**Rauch Milliken**
Name
**PO Box 8390**
Number        Street

_____

**Metairie**        **LA**    **70011**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.41__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __


**Rauch Milliken**
Name
**PO Box 8390**
Number        Street

_____

**Metairie**        **LA**    **70011**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.37__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __


**Rauch Milliken**
Name
**PO Box 8390**
Number        Street

_____

**Metairie**        **LA**    **70011**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.21__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __


**Rausch Sturm**
Name
**Attorneys At Law**
Number        Street
**15660 North Dallas Pkwy Ste 350**

_____

**Dallas**        **TX**    **75248**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.16__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons** _____    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|-------|

**Richard T Avis, Attorney & Assoc.**
Name
**PO Box 31579**
Number      Street
_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.1**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Chicago**        **IL**     **60631**
City            State   ZIP Code

**Synchrony Bank**
Name
**Attn: Bankruptcy Dept.**
Number      Street
**PO Box 965060**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.30**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Orlando**        **FL**     **32896-5060**
City            State   ZIP Code

Debtor 1   **Michael John Brandt-Lyons**

Debtor 2   **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. **$0.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+ $0.00** |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. **$0.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. **$0.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$0.00** |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+ $166,313.21** |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. **$166,313.21** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Michael** | **John** | **Brandt-Lyons** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Lee** | **Brandt-Lyons** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **John** | **Brandt-Lyons** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Lee** | **Brandt-Lyons** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.

   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☐ No

       ☒ Yes

   In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

   **Sherry Lyons**
   Name of your spouse, former spouse, or legal equivalent

   **8101 Joy Lane**
   Number    Street

   | | | |
   |---|---|---|
   | **Canyon** | **TX** | **79015** |
   | City | State | ZIP Code |

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Brandt-Lyons Air Conditioning** | |
   |---|---|---|
   | | Name | |

   **PO Box 8708**
   Number    Street

   | | | |
   |---|---|---|
   | **Amarillo** | **TX** | **79114** |
   | City | State | ZIP Code |

   ☐ Schedule D, line _____

   ☒ Schedule E/F, line **4.3**

   ☐ Schedule G, line _____

   **Amarillo Winair Co**

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

███ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Brandt-Lyons Air Conditioning** |
|---|---|
Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.27**
- ☐ Schedule G, line _____

**Nortex Construction**

| 3.3 | **Brandt-Lyons Air Conditioning** |
|---|---|
Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.23**
- ☐ Schedule G, line _____

**Hunton Trane**

| 3.4 | **Brandt-Lyons Air Conditioning** |
|---|---|
Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.35**
- ☐ Schedule G, line _____

**Texas Trane**

| 3.5 | **Brandt-Lyons Air Conditioning** |
|---|---|
Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.15**
- ☐ Schedule G, line _____

**David G. Halley Co.**

| 3.6 | **Brandt-Lyons Air Conditioning** |
|---|---|
Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.39**
- ☐ Schedule G, line _____

**Veritech**

| 3.7 | **Brandt-Lyons Air Conditioning** |
|---|---|
Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.1**
- ☐ Schedule G, line _____

**Amarillo Bolt**

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Brandt-Lyons Air Conditioning** |
|---|---|

Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.41**
☐ Schedule G, line _____
**YP**

| 3.9 | **Brandt-Lyons Air Conditioning** |
|---|---|

Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.31**
☐ Schedule G, line _____
**St. David's Heart & Vascular**

| 3.10 | **Brandt-Lyons Air Conditioning** |
|---|---|

Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.26**
☐ Schedule G, line _____
**Liturgical Publications**

| 3.11 | **Brandt-Lyons Air Conditioning** |
|---|---|

Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.8**
☐ Schedule G, line _____
**Better Business Bureau**

| 3.12 | **Brandt-Lyons Air Conditioning** |
|---|---|

Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.20**
☐ Schedule G, line _____
**Hearst Medic**

| 3.13 | **Brandt-Lyons Air Conditioning** |
|---|---|

Name
**PO Box 8708**
Number        Street

**Amarillo**                    **TX**        **79114**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.28**
☐ Schedule G, line _____
**Northwest Insulation**

Debtor 1  **Michael John Brandt-Lyons**
Debtor 2  **Sherry Lee Brandt-Lyons**                     Case number (if known) _____

██████  **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.14 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number        Street

**Amarillo**                **TX**        **79114**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.33**
☐ Schedule G, line _____
**Tascosa Golf Club**

| 3.15 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number        Street

**Amarillo**                **TX**        **79114**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.29**
☐ Schedule G, line _____
**Ryerson**

| 3.16 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number        Street

**Amarillo**                **TX**        **79114**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.18**
☐ Schedule G, line _____
**Ferguson**

| 3.17 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number        Street

**Amarillo**                **TX**        **79114**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.10**
☐ Schedule G, line _____
**Choice Directories**

| 3.18 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number        Street

**Amarillo**                **TX**        **79114**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.37**
☐ Schedule G, line _____
**User Friendly Phone Book**

| 3.19 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number        Street

**Amarillo**                **TX**        **79114**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G, line _____
**Education Credit Union**

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.20**

**Brandt-Lyons Air Conditioning**
Name

**PO Box 8708**
Number     Street

**Amarillo**                    **TX**      **79114**
City                             State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.21**__
- ☐ Schedule G, line _____

**Hibu Inc.**

---

**3.21**

**Brandt-Lyons Air Conditioning**
Name

**PO Box 8708**
Number     Street

**Amarillo**                    **TX**      **79114**
City                             State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.5**__
- ☐ Schedule G, line _____

**Atmos Energy**

---

**3.22**

**Brandt-Lyons Air Conditioning**
Name

**PO Box 8708**
Number     Street

**Amarillo**                    **TX**      **79114**
City                             State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.11**__
- ☐ Schedule G, line _____

**Cintas**

---

**3.23**

**Brandt-Lyons Air Conditioning**
Name

**PO Box 8708**
Number     Street

**Amarillo**                    **TX**      **79114**
City                             State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.12**__
- ☐ Schedule G, line _____

**City of Amarillo**

---

**3.24**

**Brandt-Lyons Air Conditioning**
Name

**PO Box 8708**
Number     Street

**Amarillo**                    **TX**      **79114**
City                             State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.13**__
- ☐ Schedule G, line _____

**CST World Wide**

---

**3.25**

**Brandt-Lyons Air Conditioning**
Name

**PO Box 8708**
Number     Street

**Amarillo**                    **TX**      **79114**
City                             State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __**4.14**__
- ☐ Schedule G, line _____

**Custom Wholesale Supply dba**

---

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

███ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.26 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number     Street

**Amarillo**          **TX**     **79114**
City                 State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line____**4.19**____
☐ Schedule G, line _____
**Goodman Distribution Inc.**

| 3.27 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number     Street

**Amarillo**          **TX**     **79114**
City                 State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line____**4.24**____
☐ Schedule G, line _____
**John Deere Financial**

| 3.28 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number     Street

**Amarillo**          **TX**     **79114**
City                 State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line____**4.25**____
☐ Schedule G, line _____
**KFDA**

| 3.29 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number     Street

**Amarillo**          **TX**     **79114**
City                 State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line____**5.17**____
☐ Schedule G, line _____
**N.D. White Engineering Services, Inc.**

| 3.30 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number     Street

**Amarillo**          **TX**     **79114**
City                 State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line____**4.30**____
☐ Schedule G, line _____
**Sam's Club / Synchrony Bank**

| 3.31 | **Brandt-Lyons Air Conditioning** |
|------|-----------------------------------|

Name
**PO Box 8708**
Number     Street

**Amarillo**          **TX**     **79114**
City                 State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line____**4.32**____
☐ Schedule G, line _____
**Suddenlink**

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.32 | **Brandt-Lyons Air Conditioning** |
| Name |
| **PO Box 8708** |
| Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.38**
☐ Schedule G, line _____

**Amarillo**     **TX**     **79114**
City     State     ZIP Code

**Valero**

| 3.33 | **Brandt-Lyons Air Conditioning** |
| Name |
| **PO Box 8708** |
| Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.40**
☐ Schedule G, line _____

**Amarillo**     **TX**     **79114**
City     State     ZIP Code

**Xcel Energy**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael**<br>First Name | **John**<br>Middle Name | **Brandt-Lyons**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Sherry**<br>First Name | **Lee**<br>Middle Name | **Brandt-Lyons**<br>Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number<br>(if known) | _____ | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **M&M Plumbing Heating & Air** | **Homemaker** |
| **Employer's name** | **87 N Fannin St** | |
| **Employer's address** | _____<br>Number Street | _____<br>Number Street |
| | **Amarillo       TX     79106**<br>City          State  Zip Code | _____<br>City          State  Zip Code |
| **How long employed there?** | **3 Months** | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or<br>non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$5,416.67** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$5,416.67** | **$0.00** |

| Debtor 1 | **Michael John Brandt-Lyons** |
|---|---|
| Debtor 2 | **Sherry Lee Brandt-Lyons** |

Case number (if known) _____

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here ...................................................... → | 4. | **$5,416.67** | **$0.00** |
| **5.** | **List all payroll deductions:** | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | **$830.05** | **$0.00** |
| | **5b.** Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| | **5c.** Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| | **5d.** Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | **5e.** Insurance | 5e. | **$0.00** | **$0.00** |
| | **5f.** Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | **5g.** Union dues | 5g. | **$0.00** | **$0.00** |
| | **5h.** Other deductions. Specify: _____ + | 5h. | **$0.00** | **$0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$830.05** | **$0.00** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$4,586.62** | **$0.00** |
| **8.** | **List all other income regularly received:** | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | **$4,000.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | **8e.** Social Security | 8e. | **$0.00** | **$0.00** |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| | **8g.** Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | **8h.** Other monthly income. Specify: _____ + | 8h. | **$0.00** | **$0.00** |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$4,000.00** | **$0.00** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$8,586.62** + **$0.00** = | **$8,586.62** |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: _____ | 11. + | | **$0.00** |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | | **$8,586.62** **Combined monthly income** |

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: **Clients will begin receiving health insurance coverage in 90 days.**

Debtor 1  **Michael John Brandt-Lyons**

Debtor 2  **Sherry Lee Brandt-Lyons**                                        Case number (if known) _____

8a.  Attached Statement (Debtor 1)

### Lyons Heating & Air

**Gross Monthly Income:**                                                                      **$4,000.00**

| Expense | Category | Amount |
|---------|----------|--------|

**Total Monthly Expenses**                                                                      **$0.00**

**Net Monthly Income:**                                                                      **$4,000.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **John** | **Brandt-Lyons** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Lee** | **Brandt-Lyons** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   　　☑ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**　　☑ No

   Do not list Debtor 1 and　　☐ Yes. Fill out this information
   Debtor 2.　　　　　　　　　　for each dependent....................

   Do not state the dependents'
   names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.

   4. ＿＿＿＿＿＿**$2,016.00**

   **If not included in line 4:**

   4a. Real estate taxes　　　　　　　　　　　　　4a. ＿＿＿＿＿＿＿＿

   4b. Property, homeowner's, or renter's insurance　　4b. ＿＿＿＿＿＿＿＿

   4c. Home maintenance, repair, and upkeep expenses　4c. ＿＿＿＿＿＿**$60.00**

   4d. Homeowner's association or condominium dues　　4d. ＿＿＿＿＿＿＿＿

Debtor 1    **Michael John Brandt-Lyons**
Debtor 2    **Sherry Lee Brandt-Lyons**

Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| **6.** | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | **$400.00** |
| | 6b.   Water, sewer, garbage collection | 6b. | **$86.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$485.00** |
| | 6d.   Other. Specify: _____ | 6d. | |
| **7.** | **Food and housekeeping supplies** | 7. | **$500.00** |
| **8.** | **Childcare and children's education costs** | 8. | |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| **10.** | **Personal care products and services** | 10. | |
| **11.** | **Medical and dental expenses** | 11. | **$250.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| **14.** | **Charitable contributions and religious donations** | 14. | **$150.00** |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | **$200.00** |
| | 15b.   Health insurance | 15b. | |
| | 15c.   Vehicle insurance | 15c. | **$246.00** |
| | 15d.   Other insurance. Specify: _____ | 15d. | |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| **17.** | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1   **2013 Enclave** | 17a. | **$888.00** |
| | 17b.   Car payments for Vehicle 2   **2016 Ram** | 17b. | **$506.00** |
| | 17c.   Other. Specify: _____ | 17c. | |
| | 17d.   Other. Specify: _____ | 17d. | |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

Debtor 1   **Michael John Brandt-Lyons**

Debtor 2   **Sherry Lee Brandt-Lyons**

Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21. Other.**   Specify:   **MISC: Entertainment, Pet Care, Grooming, Postage, etc.**    21. + _____ **$160.00**

**22. Calculate your monthly expenses.**

22a.   Add lines 4 through 21.    22a. **$6,447.00**

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b. _____

22c.   Add line 22a and 22b. The result is your monthly expenses.    22c. **$6,447.00**

**23. Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.    23a. **$8,586.62**

23b.   Copy your monthly expenses from line 22c above.    23b. − **$6,447.00**

23c.   Subtract your monthly expenses from your monthly income. The result is your monthly net income.    23c. **$2,139.62**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain here:

**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **John** | **Brandt-Lyons** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Lee** | **Brandt-Lyons** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.......................................... **$494,932.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.............................. **$215,472.30**

   1c. Copy line 63, Total of all property on Schedule A/B...................................... **$710,404.30**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$260,300.22**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... + **$166,313.21**

**Your total liabilities** **$426,613.43**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I........................................................................ **$8,586.62**

5. *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J................................................................................ **$6,447.00**

| | |
|---|---|
| Debtor 1 | **Michael John Brandt-Lyons** |
| Debtor 2 | **Sherry Lee Brandt-Lyons** |

Case number (if known) _____

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a. Domestic support obligations. (Copy line 6a.)

   _____

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)

   _____

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)

   _____

   9d. Student loans. (Copy line 6f.)

   _____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)

   _____

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   **+** _____

   9g. **Total.** Add lines 9a through 9f.

   _____

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Michael** | **John** | **Brandt-Lyons** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Lee** | **Brandt-Lyons** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Michael John Brandt-Lyons**          X **/s/ Sherry Lee Brandt-Lyons**
Michael John Brandt-Lyons, Debtor 1          Sherry Lee Brandt-Lyons, Debtor 2

Date **03/20/2019**                            Date **03/20/2019**
MM / DD / YYYY                                 MM / DD / YYYY

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Michael</strong></td><td><strong>John</strong></td><td><strong>Brandt-Lyons</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2</td><td><strong>Sherry</strong></td><td><strong>Lee</strong></td><td><strong>Brandt-Lyons</strong></td></tr>
<tr><td>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Michael John Brandt-Lyons** | |
|---|---|---|
| Debtor 2 | **Sherry Lee Brandt-Lyons** | Case number (if known) _____ |

## Part 2:   Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until<br>the date you filed for bankruptcy:** | | ☒ Wages, commissions,<br>bonuses, tips | **$6,250.00** | ☒ Wages, commissions,<br>bonuses, tips | **$0.00** |
| | | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>       YYYY | | ☒ Wages, commissions,<br>bonuses, tips | **$60,000.00 (est.)** | ☒ Wages, commissions,<br>bonuses, tips | **$0.00** |
| | | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>       YYYY | | ☒ Wages, commissions,<br>bonuses, tips | **$79,898.00** | ☒ Wages, commissions,<br>bonuses, tips | **$0.00** |
| | | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security;
unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under
Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until<br>the date you filed for bankruptcy:** | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>       YYYY | | Unknown | _____ | Unknown | _____ |
| | | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>       YYYY | | Rent | **$18,304.00** | Capital Gain | **$22,494.00** |
| | | Interest | **$313.00** | _____ | _____ |

Debtor 1   **Michael John Brandt-Lyons**

Debtor 2   **Sherry Lee Brandt-Lyons**                                              Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Suntrust** <br> Creditor's name | **1/8/2019** | **$20,430.00** | | ☐ Mortgage |
| **PO Box 79041** <br> Number      Street | | | | ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors |
| **Baltimore**          **MD**      **21279** <br> City                State    ZIP Code | | | | ☐ Other _____ |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No

☐ Yes.  List all payments to an insider.

Debtor 1 **Michael John Brandt-Lyons**

Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No

☐ Yes. List all payments that benefited an insider.

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☒ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Discover v Lyons** | **Civil** | **181st District Court of Randall Cty** | ☒ Pending |
| | | Court Name | ☐ On appeal |
| Case number **74567B** | | Number    Street | ☐ Concluded |
| | | City    State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☒ No. Go to line 11.

☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No

☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No

☐ Yes

Debtor 1 **Michael John Brandt-Lyons**
Debtor 2 **Sherry Lee Brandt-Lyons**

Case number (if known) _____

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☐ No
    ☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **St. Mary's** | **$1400/Year** | **Monthly** | |
| Charity's Name | **\*Have not been able to contribute 2019 YTD** | | |
| _____ | | _____ | _____ |
| Number     Street | | | |
| _____ | | | |
| City        State      ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Diocese of Amarillo** | **$150/Month** | **Monthly** | |
| Charity's Name | | | |
| _____ | | _____ | _____ |
| Number     Street | | | |
| _____ | | | |
| City        State      ZIP Code | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**                                          Case number (if known) _____

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

   ☐ No
   ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Blackwell Law Firm LLP** <br> Person Who Was Paid | **See "Attorney Disclosure" Attached Herein** | | |
| **703 S Van Buren** <br> Number    Street | | **1/21/2019** | |
| **Amarillo          TX     79101** <br> City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Dollar Learning Foundation** <br> Person Who Was Paid | **Credit Counseling Certificate** | | |
| Number    Street | | **1/17/2019** | **$20.00** |
| City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

   Do not include any payment or transfer that you listed on line 16.

   ☑ No
   ☐ Yes. Fill in the details.

Debtor 1  **Michael John Brandt-Lyons**
Debtor 2  **Sherry Lee Brandt-Lyons**_____  Case number (if known) _____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| **Michael John Lyons III** | **Description and value of any property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
|---|---|---|---|
| Person Who Received Transfer | **360 John Deere w/ Trailer (Company Asset)** | | **July 2017** |
| Number    Street | **Value=$4,000** | | |
| **Dallas         TX** | | | |
| City           State   ZIP Code | | | |
| Person's relationship to you **Son** | | | |
| **Stranger - (Neighbor's Old Boss)** | **Description and value of any property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
| Person Who Received Transfer | **825iS4 Gator** | **$12,000** | **3/2018** |
| Number    Street | | | |
| City           State   ZIP Code | | | |
| Person's relationship to you **None** | | | |
| **CCJ Coop LLC** | **Description and value of any property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
| Person Who Received Transfer | **Storage Unit @ 913 SW 9th** | **$160,000** | **1/20/2018** |
| **1660 Hope Rd** | | | |
| Number    Street | | | |
| **Canyon         TX    79015** | | | |
| City           State   ZIP Code | | | |
| Person's relationship to you **None** | | | |
| **McDiesel Auto** | **Description and value of any property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
| Person Who Received Transfer | **2014 Ford F250 King Ranch** | | **1/8/2019** |
| **10th and Grand** | | | |
| Number    Street | | | |
| **Amarillo        TX** | | | |
| City           State   ZIP Code | | | |
| Person's relationship to you **No Relation** | | | |

Debtor 1  **Michael John Brandt-Lyons**
Debtor 2  **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Ron Patton** | | | |
| Person Who Received Transfer | **2007 Travel Trailer** | **$6,200** | **03/08/2019** |
| Number     Street | | | |
| City              State     ZIP Code | | | |

Person's relationship to you **None**

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

---

**Part 8:**    **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

Debtor 1   **Michael John Brandt-Lyons**
Debtor 2   **Sherry Lee Brandt-Lyons**             Case number (if known) _____

---

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

---

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Brandt-Lyons Air Conditioning** | Describe the nature of the business | Employer Identification number |
| Business Name | **Heating & Air Corp** | Do not include Social Security number or ITIN. |
| | | EIN: _7_ _5_ – _2_ _8_ _1_ _7_ _0_ _6_ _5_ |
| Number    Street | Name of accountant or bookkeeper | |
| | **Conder, Kletchka & Assoc. PLLC** | Dates business existed |
| _____ | | From ___**1998**___ To ___**2017**___ |
| City       State   ZIP Code | | |

Debtor 1    **Michael John Brandt-Lyons**

Debtor 2    **Sherry Lee Brandt-Lyons**

Case number (if known) _____

| | |
|---|---|
| **Downtown Self Storage** | **Describe the nature of the business** |
| Business Name | **Sole Prop** |
| | **Storage Unit Business** |
| _____ | |
| Number    Street | **Name of accountant or bookkeeper** |
| _____ | **Conder, Kletchka & Associates, CPA** |
| City       State   ZIP Code | |

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: __ __ __ – __ __ __ __ __ __ __ __ __

**Dates business existed**

From    **2000**    To    **2017**

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

- ☑ No
- ☐ Yes. Fill in the details below.

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Michael John Brandt-Lyons**
Michael John Brandt-Lyons, Debtor 1

Date    **03/20/2019**

X **/s/ Sherry Lee Brandt-Lyons**
Sherry Lee Brandt-Lyons, Debtor 2

Date    **03/20/2019**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

- ☑ No
- ☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

- ☑ No
- ☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **John** | **Brandt-Lyons** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Lee** | **Brandt-Lyons** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Hold Secured Claims

1.  For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Amarillo National Bank**<br><br>Description of property securing debt: **Business Properties at 900 & 904 S Adams,** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Robert Madden Industries**<br><br>Description of property securing debt: **900 & 904 S. Adams, Amarillo, TX** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Rushmore Loan Mgmt Services**<br><br>Description of property securing debt: **Home @ 8101 Joy Ln, Canyon, TX 79015** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1    **Michael John Brandt-Lyons**
Debtor 2    **Sherry Lee Brandt-Lyons**                                    Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

Creditor's name: **Sell, Griffin, McLain PC**

☑ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No
☐ Yes

Description of property securing debt: **900 & 904 S. Adams, Amarillo, TX**

Creditor's name: **TD Auto Finance**

☐ Surrender the property.
☐ Retain the property and redeem it.
☑ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No
☐ Yes

Description of property securing debt: **2013 Buick Enclave (approx. 95000 miles)**

Creditor's name: **TD Auto Finance**

☐ Surrender the property.
☐ Retain the property and redeem it.
☑ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No
☐ Yes

Description of property securing debt: **2016 Dodge Ram 1/2 Ton Hemi**

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                              Will this lease be assumed?

**None.**

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Michael John Brandt-Lyons**            X **/s/ Sherry Lee Brandt-Lyons**
Michael John Brandt-Lyons, Debtor 1           Sherry Lee Brandt-Lyons, Debtor 2

Date **03/20/2019**                           Date **03/20/2019**
MM / DD / YYYY                                MM / DD / YYYY

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

This notice is for you if:

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |       |                    |
|---|-------|--------------------|
|   | $245  | filing fee         |
|   | $75   | administrative fee |
| + | $15   | trustee surcharge  |
|   | $335  | total fee          |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

<div style="border:1px solid black;">

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms .html#procedure.

</div>

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/Bankru ptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

In re  **Michael John Brandt-Lyons**
       **Sherry Lee Brandt-Lyons**

Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................... **$3,500.00**

Prior to the filing of this statement I have received........................................................ **$3,500.00**

Balance Due............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor         ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Attorney-Client retainer fee agreement does not include, or require Troy Blackwell or the Blackwell Law Firm, L.L.P., to file, initiate, respond, answer, defend or otherwise litigate any Adversary actions or complaints, including, but not limited to Discharge under §727 or Dischargeability complaints under §523, or Tax Determinations under §505 or any student loan hardship discharge determinations.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __**03/20/2019**__ | __**/s/ Troy Blackwell**__ |
| *Date* | *Troy Blackwell*           Bar No.  00793348 |
| | Blackwell Law Firm LLP |
| | 703 S Van Buren |
| | Amarillo, Texas 79101 |
| | Phone: (806) 331-3130 / Fax: (806) 331-4530 |

---

 __**/s/ Michael John Brandt-Lyons**__

**Michael John Brandt-Lyons**

 __**/s/ Sherry Lee Brandt-Lyons**__

**Sherry Lee Brandt-Lyons**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

IN RE:    **Michael John Brandt-Lyons**                                        CASE NO
          **Sherry Lee Brandt-Lyons**
                                                                        CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/20/2019                                        Signature  **/s/ Michael John Brandt-Lyons**
                                                                  **Michael John Brandt-Lyons**

Date  3/20/2019                                        Signature  **/s/ Sherry Lee Brandt-Lyons**
                                                                  **Sherry Lee Brandt-Lyons**

Amarillo Bolt
PO Box 3026
Amarillo, TX 79116

Amarillo Bone & Joint
1100 S. Coulter
Amarillo, TX 79106-1836

Amarillo National Bank
Special Assets Department
PO Box 1
Amarillo, TX 79105

Amarillo Winair Co
212 W 3rd St
Amarillo, TX 79101

American Express
PO Box 650448
Dallas, TX 75265

Atmos Energy
PO Box 790311
Saint Louis, MO 63179-0311

Baptist St. Anthony's
PO Box 950
Amarillo, TX 79107

Better Business Bureau
PO Box 1905
Amarillo, TX 79105

Brandt-Lyons Air Conditioning
PO Box 8708
Amarillo, TX 79114

Caine & Weiner
12005 Ford Rd
Dallas, TX 75234

Capital Bank
PO Box 60599
City of Industry, CA 91716

Care Payment
PO Box
2398
Omaha, NE 68103

Choice Directories
PO Box 773
Canyon, TX 79015

Cintas
PO Box 650838
Dallas, TX 75265

City of Amarillo
P.O. Box 100
Amarillo, TX 79105-0100

CMRE Financial Service
3075 E Imperial Hwy Ste 200
Brea, CA 92821

CST World Wide
1400 Dragon St
Dallas, TX 75207

Custom Wholesale Supply dba
Johnstone Supply
901 S Williams
Amarillo, TX 79102

D & S Global Solutions
13809 Research Blvd Ste 9000
Austin, TX 78750


D'Layne Peeples Carter
Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
PO Box 9132
Amarillo, TX 79105

David G. Halley Co.
PO Box 947
Lubbock, TX 79408


Discover
PO Box 15316
Wilmington, DE 19850


Discover
PO Box 3008
New Albany, OH 43054


Education Credit Union
4400 I-40 West
Amarillo, TX 79106


Ferguson
PO Box 847411
Dallas, TX 75284


First Collection Services
10925 Otter Creek E. Blvd
Mabelvale, AR 72103


Firstsource Advantange, LLC
205 Bryant Woods South
Amherst, NY 14228

Freedman & Price OC
105 W 8th Ave
Austin, TX 78701


Goodman Distribution Inc.
PO Box 660503
Dallas, TX 75266


Hearst Medic
820 Broadway
Plainview, TX 79072


Hibu Inc.
PO Box 660052
Dallas, TX 75266


High Plains Radiological
PO Box 3780
Amarillo, TX 79116-3780


Hunton Trane
PO Box 42251
Houston, TX 77042


IRS-Insolvency and Quality
PO Box 7346
Philadelphia, PA 19114


J L Russell & Associates
13700 State Road Ste 4
North Royalton, OH 44133


Jenkins, Wagnon, & Young PC
PO Box 420
Lubbock, TX 79401

John Deere Financial
6400 NW 86th St
Johnston, IA 50131


KFDA
7900 Broadway Dr.
Amarillo, TX 79108


Liturgical Publications
PO Box 510817
New Berlin, WI 53151


Merchants & Professional Credit Bureau
5508 Parkcrest Dr. Ste 210
Austin, TX 78731


Michael John Brandt-Lyons
8101 Joy Lane
Canyon, TX 79015


Monarch Recovery Management
3260 Tillman Dr Ste 75
Bensalem, PA 19020


N.D. White Engineering Services, Inc.
302 N Willis #18
Abilene, TX 79603


Nationwide Credit, Inc
PO Box 14581
Des Moines, IA 50306


Nortex Construction
834 SE 34th Ave
Amarillo, TX 79103

Northwest Insulation
529 S. Florida
Borger, TX 79007


RAB, Inc
6504 International Pkwy
Plano, TX 75093


Rauch Milliken
PO Box 8390
Metairie, LA 70011


Rausch Sturm
Attorneys At Law
15660 North Dallas Pkwy Ste 350
Dallas, TX 75248


Richard T Avis, Attorney & Assoc.
PO Box 31579
Chicago, IL 60631


Robert Madden Industries
PO Box 644360
Lubbock, TX 79464


Rushmore Loan Mgmt Services
PO Box 814529
Dallas, TX 75381


Ryerson
PO Box 731036
Dallas, TX 75373


Sam's Club / Synchrony Bank
PO Box 965005
Orlando, FL 32896

Sell, Griffin, McLain PC
4801 Lexington Square
Amarillo, TX 79119


Sherry Lee Brandt-Lyons
8101 Joy Lane
Canyon, TX 79015


St. David's Heart & Vascular
901 W Ben White
Austin, TX 78704


Suddenlink
6013 63rd St.
Lubbock, TX 79424


Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896-5060


Tascosa Golf Club
4502 Fairway Dr
Amarillo, TX 79124


Tascosa Office Machines
1005 SW 8th Ave
Amarillo, TX 79101


TD Auto Finance
PO Box 9223
Farmington, MI 48333


Texas Trane
PO Box 845053
Dallas, TX 75284

Toys "R" Us Credit Card
PO Box 530938
Atlanta, GA 30353


U.S. Attorney
Amarillo National Plaza
500 S. Taylor Ste 300 LB 23B
Amarillo, TX 79101-2442


U.S. Attorney in Charge
1100 Commerce 3rd Floor
Dallas, TX 75242-1699


US Attorney General
10th St & Constitution Ave
Washington, DC 20530


User Friendly Phone Book
PO Box 131929
The Woodlands, TX 77393


Valero
PO Box 300
Amarillo, TX 79105


Veritech
5202 CR 7350 Ste B
Lubbock, TX 79424


Xcel Energy
Attn: Bankruptcy Dept / Kimbra Seawright
4701 Parkside Dr
Amarillo, TX 79109


YP
PO Box 5010
Carol Stream, IL 60197